IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01201-RPM-MJW

BEN ARTHUR SANDOVAL,

Plaintiff(s),

v.

KENEXA GOVERNMENT SOLUTIONS, INC., a Colorado corporation,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 22) is GRANTED. The written Stipulated Protective Order (docket no. 22-3) is APPROVED as amended in paragraph 4. C. **USE OF PROTECTED INFORMATION** and made an Order of Court.

Date: September 26, 2008