IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01201-RPM-MJW

BEN ARTHUR SANDOVAL, an individual,

PLAINTIFF,

v.

KENEXA GOVERNMENT SOLUTIONS, INC., a Colorado corporation,

DEFENDANT.

---

### ORDER RE PLAINTIFF'S UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE (Docket No. 26)

---

The Court, having reviewed Plaintiff's Unopposed Motion to Vacate Settlement Conference, the Court file, and being fully advised, in the premises, makes the following findings:

1. Good cause exists for vacating the currently scheduled settlement conference to allow for additional discovery to take place by the parties.

Having made said findings, the Court HEREBY ORDERS as follows:

1. Plaintiff's Motion is GRANTED.

2. The settlement conference shall be vacated, to be re-set on notice, to be filed by the Plaintiff. Further, the parties shall not be required to file a confidential settlement statement with the Court until seven (7) calendar days prior to the newly scheduled settlement conference.

Settlement Conference January 12, 2009 @ 10:00 Am is VACATED.

08-cv-01201-RPM-MJW
MTN to VACATE S.C. (#26)

SO ORDERED this 29TH day of December, 2008

BY THE COURT:

_____
United States Magistrate Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**