IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01201-RPM-MJW

BEN ARTHUR SANDOVAL,

    Plaintiff,

v.

KENEXA GOVERNMENT SOLUTIONS, INC., a Colorado corporation,

    Defendant.

_____

ORDER VACATING ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

Defendant having filed a motion for summary judgment, it is

ORDERED that the Order of Reference to Magistrate Judge Michael J. Watanabe entered by this Court on June 10, 2008, is vacated.

Dated:   June 1st, 2009

                BY THE COURT:

                s/Richard P. Masch
                _____
                Richard P. Matsch, Senior District Judge