IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              May 12, 2010
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 08-cv-01201-RPM

BEN ARTHUR SANDOVAL,                                    Bryan E. Kuhn

    Plaintiff,

v.

KENEXA GOVERNMENT SOLUTIONS, INC.,                      Jennifer Lyn Gokenbach
a Colorado corporation,                                 Paul R. Wood

    Defendant.

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**1:58 p.m.        Court in session.**

Court's preliminary remarks and states its understanding of the case.

2:06 p.m.       Argument by Ms. Gokenbach.
2:20 p.m.       Argument by Mr. Kuhn.

Court's findings as stated on record.

**ORDERED:** Defendant's Motion for Summary Judgment, filed April 3, 2009 [36], is denied.

Counsel state discovery is complete and case is ready for trial.

**ORDERED:** Pretrial Conference scheduled June 4, 2010 at 10:30 a.m.
                Proposed pretrial order to be submitted directly to chambers by 4:00 p.m.
                May 27, 2010.

**2:30 p.m.        Court in recess.**

Hearing concluded.  Total time: 32 min.