IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01201-RPM

BEN ARTHUR SANDOVAL,

        Plaintiff,

v.

KENEXA GOVERNMENT SOLUTIONS, INC., a Colorado corporation,

        Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

        Pursuant to the hearing today, it is

        ORDERED that a pretrial conference is scheduled for **June 4, 2010, at 10:30**

**a.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with

the Instructions for Preparation and Submission of Final Pretrial Order which may be

found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial

Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.**

on **May 27, 2010.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.

No parties or representatives of parties will be permitted to attend.

        Dated:   May 12th, 2010

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge