IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01201-RPM-MJW

BEN ARTHUR SANDOVAL,

    Plaintiff,

v.

KENEXA GOVERNMENT SOLUTIONS, INC., a Colorado corporation,

    Defendant.

_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to jury on **January 24, 2011, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    Dated: June 4, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge