## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 08-cv-01201-RPM

BEN ARTHUR SANDOVAL,

      Plaintiff,

v.

KENEXA GOVERNMENT SOLUTIONS, INC.,
a Colorado corporation,

      Defendant.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on January 24, 2011, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Grand Junction, Colorado this 26 day of January, 2011.

BY THE COURT:

Richard P. Matsch, Senior District Judge
United States District Court

APPROVED AS TO FORM:

ATTORNEY FOR PLAINTIFF

ATTORNEY FOR DEFENDANT